UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 12 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mario Pettigrew

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

The State of Illinois
Doctor John Doe
Tony Brown
Doctor John Doe

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:21-cv-02583
Judge Robert M. Dow, Jr
Magistrate Judge Beth W. Jantz
PC 6

Case No. _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

    A. Name: Mario Pettigrew

    B. List all aliases: _____

    C. Prisoner identification number: M44899

    D. Place of present confinement: Illinois River

    E. Address: 1300 West Locust, Canton, IL 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: John Doe

       Title: Doctor

       Place of Employment: Stateville C.C

    B. Defendant: Tony Brown

       Title: Stateville C/O

       Place of Employment: Stateville

    C. Defendant: John Doe

       Title: Doctor

       Place of Employment: Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant : State of Illinois

Title : State of Illinois

Place of Employment : Stateville C.C

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Case No. 20-cv-3636

B. Approximate date of filing lawsuit: 5/1/20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Mario Pettigrew

D. List all defendants: The State of Illinois, Doctor John Doe, Tony Brown, Doctor John Doe

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Robert M. Dow, Jr.

G. Basic claim made: 8th Amendment Cruel and unusual punishment 14th Amendment to be equally protected under the law "deliberately indifferent to my situation."

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was dismissed without prejudice

I. Approximate date of disposition: 9/1/20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the approximate date 11/22/18 I arrived at Stateville C.C with a bowel obstruction. I complained about my stomach pain and ask to be seen by a doctor. C/O's were deliberately indifferent to my needs due to doctor being unavailable. 11/23/18 when I was seen by the Stateville doctor "John doe" he did a X-ray in said my pain was due to gas. He housed me in inframary in said he would check on me another day. 11/24/18 The Stateville doctor was out due to Thanksgiving But when C/O's called him about me he told them to just give me pain pills and send me to another housing unit. 11/25/18 I pushed out my wheel chair by C/O Tony Brown in placed into a cell where I suffered in pain. 11/26/18 Doctor O'shea did a X-ray But said he dont see anything wrong with me. He gave me different medications and sent me back to housing unit K.

4

Revised 9/2007

11/27/18 I banged on my cell door asking to be seen by a doctor. I was denied and suffered in pain. 11/28/18 I Also suffered in pain begging to be seen by a doctor. 11/29/18 Doctor "John Doe" did another X-Ray saying he seen a Bowel obstruction in it was a life or death matter.

5

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would appericate 2,000,000 in Compensatory damages and 500,000 in punitive damages

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23RD day of April, 2021

_____
(Signature of plaintiff or plaintiffs)

Mario Pettigrew
(Print name)

M44899
(I.D. Number)

1300 West Locust P.O. Box 999
Canton, IL 61520
(Address)

6

Revised 9/2007

Mario Pettigrew M44899
Illinois River C.C
P.O. Box 999
Canton, IL 61520

219 South Dearborn Street
Chicago, Illinois 60604

Northern Court District

1:21-cv-02583
Judge Robert M. Dow, Jr
Magistrate Judge Beth W. Jantz
PC 6

05/12/2021-32

RECEIVED
MAY 12 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THIS CORRESPONDENCE
IS FROM AN INMATE
ILLINOIS
DEPARTMENT OF CORRECTIONS



ZIP 61520
02 4W
0000364939 MAY 05 2021
U.S POSTAGE >> PITNEY BOWES
$ 003.20°